# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 11, 2008

135520

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE TAYLOR WHITE, Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
       Petitioner-Appellee,

v

ROBIN RENEE KESSLER, a/k/a
ROBIN RENEE SALDANA,
       Respondent-Appellant.

SC: 135520
COA: 275043
Oakland CC
Family Division: 06-716244-NA

_____/

On order of the Court, the application for leave to appeal the November 27, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 11, 2008

_____
Clerk

s0108